UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RALINK TECHNOLOGY CORP., | Case No.: C 11-1549 EJD (PSG) |
| Plaintiff, | **ORDER DENYING MOTION TO SHORTEN TIME FOR THE COURT TO HEAR RALINK'S MOTION TO COMPEL DISCOVERY AND ENFORCE SUBPOENA TO SANJAY KASTURIA** |
| v. | |
| LANTIQ, DEUTSCHLAND GMBH, | |
| Defendant. | |

On June 13, 2011, Plaintiff Ralink Technology Corporation ("Ralink") filed a motion to compel and a motion to shorten time for hearing the motion to compel. Ralink requests the motion to compel be heard at the earliest possible date. Because the motion relates to a discovery matter, the motion is referred to the undersigned pursuant to the San Jose Judges' Standing Order dated March 25, 2011.

An order shortening time on a motion necessarily delays resolution of other matters pending before the court. Because a motion for such an order is effectively a request to jump the line, good cause is required.[1] Here, Ralink argues that "[u]nder Civil Local Rule 7-2, Ralink's Motion cannot be heard until nearly six months from now" and that such a long delay would prejudice Ralink. Civ. L.R. 7-2 requires that a motion be noticed "for hearing not less than 35 days

---

[1] *See* Fed. R. Civ. P. 6(c)(1)(C); *see also* Civ. L.R. 6-3(a)(3) (requiring a declaration in support of a motion to shorten time identify "the substantial harm or prejudice that would occur if the Court did not change the time.").

1

Case No.: 11-1549 EJD (PSG)
ORDER

after service of the motion." Ralink has not provided any explanation for its claim that Rule 7-2 would result in a six-month delay rather than the 35-day delay required by the rule. Accordingly,

IT IS HEREBY ORDERED that Ralink's motion to shorten time is DENIED.

IT IS FURTHER ORDERED that Ralink shall notice its motion to compel for hearing by the undersigned pursuant to Civ. L.R. 7-2.

Dated:  June 17, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-1549 EJD (PSG)
ORDER

2