1  [LIST OF COUNSEL APPEARS ON LAST PAGE]

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/24/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RALINK TECHNOLOGY CORP., | Case No. C 11-01549 EJD |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| v. | |
| LANTIQ DEUTSCHLAND GMBH, | |
| Defendant. | |

Kindly withdraw the appearances of John S. Skilton, Christopher G. Hanewicz, David L. Anstaett and Lisa R. Koop as counsel for Plaintiff Ralink Technology Corp. as they are no longer affiliated with the above-captioned matter. Christopher Hivick and William Wright will remain counsel of record for Plaintiff.

DATED: May 4, 2011

**PERKINS COIE LLP**

By: s/ *Christopher G. Hanewicz*
John S. Skilton
JSkilton@perkinscoie.com
Christopher G. Hanewicz
CHanewicz@perkinscoie.com
David L. Anstaett
DAnstaett@perkinscoie.com
Lissa R. Koop
LKoop@perkinscoie.com
One East Main Street, Suite 201
Madison, WI 53703

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
William H. Wright
WWright@orrick.com
Christopher Hivick
CHivick@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

Attorneys for Plaintiff
Ralink Technology Corp.

74929-0001/LEGAL20763508.1

1  John S. Skilton
   Christopher G. Hanewicz
2  David L. Anstaett
   Lissa R. Koop
3  PERKINS COIE LLP
   1 East Main Street, Suite 201
4  Madison, Wisconsin 53703-5118
   P:  608-663-7460
5  jskilton@perkinscoie.com
   chanewicz@perkinscoie.com
6  danstaett@perkinscoie.com
   lkoop@perkinscoie.com
7
   William H. Wright
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA  90017
   Telephone: 213-612-2478
10 Facsimile: 213-612-2499
   Email: wwright@orrick.com
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RALINK TECHNOLOGY CORP., | Case No. C 11-01549 EJD |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| LANTIQ DEUTSCHLAND GMBH, | |
| Defendant. | |

I hereby certify that on the 4th day of May, 2011, I caused a copy of a **Notice of Withdrawal** to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record.

                                                              s/ *Patricia E. Dean*
                                                              Patricia E. Dean

-1-            CERTIFICATE OF SERVICE C 11-01549 JCS