IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALINK TECHNOLOGY CORPORATION (a Taiwanese Corp.), <br><br> Plaintiff, <br><br> v. <br><br> LANTIQ DEUTSCHLAND GMBH, <br><br> Defendant. | CASE NO. 5:11-cv-01549 EJD <br><br> (Proposed) <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Robert Whitman, whose business address and telephone number is King & Spalding, LLP, 1185 Avenue of the Americas, New York, NY 10036, Tel. (212) 556-2310

and who is an active member in good standing of the bar of USDC Eastern District NY having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Lantiq Deutschland GmbH.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 15, 2011

Hon. Edward J. Davila
United States District Judge