**RECEIVED**

JUL 1 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

| | |
|---|---|
| RALINK TECHNOLOGY CORPORATION (a Taiwanese Corp.), | CASE NO. 5:11-cv-01549 EJD |
| Plaintiff, | (Proposed) |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| LANTIQ DEUTSCHLAND GMBH, | |
| Defendant. | |

Scott Kolassa                              , whose business address and telephone number is

King & Spalding, LLP, 1185 Avenue of the Americas, New York, NY 10036,
Tel. (212) 556-2310

and who is an active member in good standing of the bar of  USDC Eastern District NY

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Lantiq Deutschland GmbH.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  July 15, 2011

Hon. Edward J. Davila
United States  District    Judge