AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California (San Jose Division)_____

| RALINK TECHNOLOGY CORPORATION | CONSENT ORDER GRANTING |
|---|---|
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| LANTIQ, DEUTSCHLAND GMBH | CASE NUMBER: Case No.: 5:11-CV-1549 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __LANTIQ, DEUTSCHLAND GMBH__ substitutes
(Party (s) Name)

__Lisa Schapira__, State Bar No. __253946__ as counsel of record in
(Name of New Attorney)

place of __LISA KOBIALKA (State Bar No. 191404) and JAMES HANNAH (State Bar No. 237978)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     King & Spalding LLP
Address:       333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065
Telephone:     (650) 590-0737          Facsimile (650) 590-1900
E-Mail (Optional): lschapira@kslaw.com

I consent to the above substitution.
Date: September 29, 2011
_____
(Signature of Party (s))

I consent to being substituted.
Date: September 28, 2011
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/28/11
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: Ocotber 6, 2011
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]